```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JULIE L. HEETER,                      :
                                      :
    Individually and as               :
    Administratrix of the Estate      :    CIVIL ACTION
    of Bryan E. Harris,               :    NO. 16-0557
                                      :
                                      :
         Plaintiff,                   :
                                      :
    v.                                :
                                      :
HONEYWELL INTERNATIONAL,              :
INC., et al.,                         :
                                      :
         Defendants.                  :
```

**O R D E R**

**AND NOW**, this **1st** day of **July, 2016**, after a hearing with the parties on June 14, 2016, and for the reasons set forth in the memorandum accompanying this order, it is hereby **ORDERED** as follows:

(1)  Defendant Honeywell International, Inc.'s Motion to Dismiss Amended Complaint (ECF No. 30) is **GRANTED;**

(2)  Defendant ADT LLC's Motion for Judgment on the Pleadings (ECF No. 38) is **GRANTED;**

(3)  Plaintiff's Amended Complaint (ECF No. 29) is **DISMISSED with prejudice;**

(4)  The Clerk of the Court shall mark the above-captioned case as **CLOSED.**

**AND IT IS SO ORDERED.**

                                                    /s/ Eduardo C. Robreno  
                                                    **EDUARDO C. ROBRENO,    J.**